JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2375 PA (PLAx) | Date | December 6, 2010 |
|---|---|---|---|
| Title | Rodsongs, et al. v. Kelbe, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **IN CHAMBERS - ORDER**

     Before the Court is a Stipulation of Dismissal With Prejudice filed by the parties. (Docket No. 27.) The Court construes the Stipulation as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The action is dismissed with prejudice pursuant to the stipulation of the parties.

     IT IS SO ORDERED.

:

Initials of Preparer